# EXHIBIT 3

#39303256_v1

FILED
At 2:28 o'clock P.M.

DEC 0 6 2021

Donna Starkey
Clerk of District Court Brazoria Co., Texas
BY _____ DEPUTY

Filed for Record
12/3/2021 10:36 AM
Donna Starkey, District Clerk
Brazoria County, Texas
115617-CV
Alyssa Cook, Deputy

CAUSE NO. 115617-CV

| EDWARD ROBINSON | § | IN THE DISTRICT COURT OF |
|---|---|---|
| v. | § § § | BRAZORIA COUNTY, TEXAS |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | § § § | 412 JUDICIAL DISTRICT |

**TEMPORARY RESTRAINING ORDER**

ON THIS DATE Plaintiff's Application for Temporary Restraining Order was heard and considered before this Court. Based upon the pleadings, exhibits, records, and documents filed by Plaintiff and presented to the Court, as well as the arguments of legal counsel at the hearing, IT CLEARLY APPEARS THAT:

A. Unless Wilmington Savings Fund Society, FSB, its agents, employees, directors, shareholders, and legal counsel are immediately enjoined and restrained, Wilmington Savings Fund Society, FSB will proceed with a foreclosure sale of Plaintiff's property commonly known as 2410 Centerbrook Court, Pearland, TX 77584 and Plaintiff will suffer an immediate and irreparable harm and will have no adequate remedies under the law, and may commit the foregoing before notice and hearing on Plaintiff's Application for Temporary Injunction.

B. Plaintiff will suffer an irreparable harm if Wilmington Savings Fund Society, FSB, its agents, employees, directors, shareholders, and legal counsel are not restrained immediately because Plaintiff will lose his fee simple title and ownership of his Property, which is Plaintiff's residence and homestead and is thus unique and irreplaceable, and there is no adequate remedy at law to grant Plaintiff complete, final, and equitable relief.

C. Plaintiff has provided notice to Wilmington Savings Fund Society, FSB informing them of the filing of Plaintiff's Application for Temporary Restraining Order prior to this Court conducting this hearing.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Wilmington Savings Fund Society, FSB, its agents, employees, directors, shareholders, and legal counsel are hereby ORDERED to immediately cease and desist from attempting or proceeding with any foreclosure sale of Plaintiff's property commonly known as 2410 Centerbrook Court, Pearland, TX 77584 as well as from taking any legal action to evict Plaintiff and any other occupants from, or enforcing a writ of possession regarding, the aforementioned property. Wilmington Savings Fund Society, FSB, its agents, employees, directors, shareholders, and legal counsel are hereby immediately enjoined and restrained from the date of entry of this Order until fourteen (14) days hereafter, or until further ordered by this Court.

**IT IS FURTHER THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Application for Temporary Injunction be heard on the 17 day of December, 2021 starting at 9 a.m./p.m. and that Wilmington Savings Fund Society, FSB is commanded to appear at that time and show cause, if any, why a temporary injunction should not be issued against Wilmington Savings Fund Society, FSB.

The Clerk of the above-entitled court shall issue a notice of entry of a temporary restraining order in conformity with the law and the terms of this Order, to include a copy of this Order, upon the filing by Plaintiff of the bond hereinafter set.

This Order shall not be effective until Plaintiff deposits with the Brazoria County District Clerk a bond in the amount of $ 100.00 in due conformity with applicable law.

SIGNED and ENTERED this the 6 day of December, 2021, at 1:46 a.m./p.m.

_____
PRESIDING JUDGE