IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| **EDWARD ROBINSON** § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:22-CV-15** |
| **WILMINGTON SAVINGS FUND** § | |
| **SOCIETY, FSB** § | |

**UNOPPOSED STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Federal Rule of Civil Procedure, Plaintiff Edward Robinson hereby stipulate and agree to the following:

1. Plaintiff filed his Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 412th Judicial Court of Brazoria County, Texas on December 3, 2021.

2. Defendant filed its Notice of Removal on January 12, 2022.

3. The parties have resolved this matter amongst themselves.

4. Plaintiff as well as Defendant shall bear their own attorney's fees, expert fees, and litigation expenses incurred in litigating these claims.

5. Accordingly, Plaintiff requests that the Court dismiss this lawsuit with prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff hereto requests that the Court enter the attached Order dismissing the above-entitled and numbered cause with prejudice with costs of court being assessed against the party incurring same.

Respectfully submitted,

VILT AND ASSOCIATES – TX, P.C.

By:   /s/ *Robert C. Vilt*
ROBERT C. VILT
Texas Bar Number 00788586
Federal Bar Number 20296
Email:   clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone:   713.840.7570
Facsimile:   713.877.1827
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

I hereby certify that a conference was held on the merits of this motion on July 8, 2022 with George G. Robertson and he is not opposed to the relief sought herein.

/s/ *Robert C. Vilt*
ROBERT C. VILT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to all counsel of record pursuant to Rule 21a of the Texas Rules of Civil Procedure on this the 8th day of July, 2022.

George G. Robertson
Holland & Knight, LLP
811 Main Street, Ste 2500
Houston, TX 77002-5227

By:   /s/ *Robert C. Vilt*
ROBERT C. VILT